# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of : No. 152 DB 2016  (No. 95 RST 2016)
:
:
:
TAIMARIE NICOLE ADAMS : Attorney Registration No.  209451
:
:
PETITION FOR REINSTATEMENT :
FROM ADMINISTRATIVE SUSPENSION : (Philadelphia)


## O R D E R


**PER CURIAM**

     **AND NOW**, this 30th day of December, 2016, the Report and Recommendation of Disciplinary Board Member dated December 20, 2016, is approved and it is ORDERED that Taimarie Nicole Adams, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.